# EXHIBIT "A"

**LAW OFFICE OF BRANDON J. BRODERICK**
65 East Route 4
River Edge, NJ 07661
(201) 853-1505
Attorney for Plaintiff

| | |
|---|---|
| CHARMAINE Y. MURDOCK, <br><br> Plaintiff(s) <br><br> Vs. <br><br> WALMART INC. A/K/A WALMART STORES INC., WAL-MART REAL ESTATE BUSINESS TRUST, ET ALS. <br><br> Defendant(s) | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: MERCER COUNTY <br><br> DOCKET NO. MER-L-754-21 <br><br> CIVIL ACTION <br><br> **SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:

WALMART INC. A/K/A WALMART STORES INC.

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf

/s/ Michelle M. Perez
Michelle M. Perez, Clerk
Superior Court of New Jersey

Dated: April 12, 2021

Name and address of Defendant to be Served: **WALMART INC. A/K/A WALMART STORES INC.**
**700 Marketplace Blvd.**
**Hamilton, NJ 08691**

*$175.00 For Chancery Division Cases or $175.00 for Law Division Cases*

BRANDON J. BRODERICK, ESQ.
ATTORNEY I.D.# 009462006
BRANDON J. BRODERICK, LLC
65 East Route 4, First Floor
River Edge, New Jersey 07661
Attorney for Plaintiff
(201) 853-1505

| | |
|---|---|
| CHARMAINE Y. MURDOCK,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC. A/K/A WALMART STORES INC., WAL-MART REAL ESTATE BUSINESS TRUST, JOHN DOE 1-10 fictitiously named), ABC CO. 1-10 (fictitiously named), and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations),<br><br>    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MERCER COUNTY<br><br>DOCKET NO.: MER-L-<br><br>**Civil Action**<br><br>**COMPLAINT**<br>**and**<br>**JURY DEMAND** |

The Plaintiff, CHARMAINE Y. MURDOCK, residing at 1 Zachary Lane, Building 1, Apt. 8, in the City of Trenton, Mercer County, New Jersey, by way of Complaint against the Defendants, says:

### FIRST COUNT

1. On or about the 19th day of December 2020, the Plaintiff, CHARMAINE Y. MURDOCK, was lawfully on the premises located at or near 700 Marketplace Boulevard in the Township of Hamilton, Mercer County, New Jersey.

2. At the same time, the Defendants, WALMART INC. A/K/A WALMART STORES INC., WAL-MART REAL ESTATE BUSINESS TRUST, JOHN DOE 1-10 fictitiously named), ABC CO. 1-10 (fictitiously named), and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations), were the owners or were in control and operation of the premises.

3. At the same time, the Defendants, through arrangement, agreement, or acts or omission of agent, servant, employee, were responsible for the construction, remodeling, maintenance, repair, management, supervision or upkeep of the premises.

4. At the same time and place, the Defendants negligently and carelessly allowed a dangerous and hazardous condition to exist on the property or failed to warn of same which caused Plaintiff to sustain injuries.

5. As a direct and proximate cause of the foregoing, Plaintiff was caused to sustain serious and permanent injuries, has suffered great pain, shock and mental anguish and was and still is incapacitated and will be permanently disabled and has in the past and will in the future be caused to expend substantial sums of money for needed treatment.

6. Plaintiff has complied with all conditions precedent to suit.

**WHEREFORE**, Plaintiff, CHARMAINE Y. MURDOCK, demands judgment against the Defendants, WALMART INC. A/K/A WALMART STORES INC., WAL-MART REAL ESTATE BUSINESS TRUST, JOHN DOE 1-10 fictitiously named), ABC CO. 1-10 (fictitiously named), and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations), jointly, severally or in the alternative, for damages, together with interest, costs of suit and attorney's fees.

## SECOND COUNT

1. Plaintiff repeats and reiterates each and every allegation contained in the First Count of the Complaint as if the same were fully set forth herein at length.

2. Defendants negligently hired, trained, supervised, and/or managed its agents, servants and/or employees, which negligence was a proximate cause of plaintiff's injuries.

3. Defendants, through their agents, servants and/or employees contributed to plaintiff's injuries by failing to provide adequate security, to properly secure the subject premises, and/or to eliminate conditions on the property that encourage criminal or other behavior that could foreseeably lead to bodily injury, and/or failed to warn of same.

**WHEREFORE**, Plaintiff, CHARMAINE Y. MURDOCK, demands judgment against the Defendants, WALMART INC. A/K/A WALMART STORES INC., WAL-MART REAL ESTATE BUSINESS TRUST, JOHN DOE 1-10 fictitiously

named), ABC CO. 1-10 (fictitiously named), and XYZ CORPORATIONS 1-10 (fictitiously named construction, maintenance, repair, and/or property management corporations), jointly, severally or in the alternative, for damages, together with interest, costs of suit and attorney's fees.

### DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates Brandon J. Broderick, Esq. as designated trial counsel pursuant to R.4:5-1 (c).

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues herein.

### DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1 et seq., plaintiff hereby demands that all defendants provide answers to Uniform Interrogatories.

### DEMAND FOR PRODUCTION OF DOCUMENTS

Demand is hereby made for the production of all documents referred to in the following Notice to Produce.

### NOTICE TO PRODUCE

Plaintiff hereby demands that all defendants provide the following documents:

1. Clear and legible copies of any signed or unsigned statements from any eyewitnesses to any aspect of the incident set forth in the Plaintiff's Complaint.

2. Clear and legible copies of all liability expert witness reports that the Defendant intend to rely upon at the time of trial.

3. All photographs of the location of the incident described in the Plaintiff's Complaint.

4. The names and addresses of all proposed witnesses for the Defendants.

5. Any and all videotapes of the incident described in Plaintiff's complaint.

## TIME-UNIT ARGUMENT

Please take notice that pursuant to Rule 1:7-1, plaintiff reserves the right to use a time-unit argument with reference to unliquidated damages.

## DEMAND TO PRESERVE EVIDENCE

All defendants are hereby directed and demanded to preserve all physical and electronic information pertaining in any way to plaintiff's employment, to plaintiff's cause of action and/or prayers for relief, to any defenses to same, and pertaining to any party, including, but not limited to, electronic data storage, closed circuit TV footages, digital images, computer images, cache memory, searchable data, emails, spread sheets, employment files, memos, text messages and any and all online social work or related websites, entries on social networking sites (including, but not limited to, Facebook, Twitter, MySpace, etc.) an any other information and/or data and/or things and/or documents which may be relevant to any claim or defense in this litigation, Failure to do so will result in separate claims for spoliation of evidence and/or for appropriate adverse inferences.

**CERTIFICATION PURSUANT TO RULE 4:5-1**

Pursuant to Rule 4:5-1, the undersigned certifies that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated.

BRANDON J. BRODERICK, LLC

_____
Brandon J. Broderick, Esq.
Attorney for Plaintiff

Dated: April 3, 2021

# Civil Case Information Statement

## Case Details: MERCER | Civil Part Docket# L-000754-21

**Case Caption:** MURDOCK CHARMAINE VS WALMART INC. A/K/A W ALMART
**Case Initiation Date:** 04/10/2021
**Attorney Name:** BRANDON JAMES BRODERICK
**Firm Name:** BRANDON J. BRODERICK, ESQ. LLC
**Address:** 65 EAST ROUTE 4 1ST FL
RIVER EDGE NJ 07661
**Phone:** 2018531505
**Name of Party:** PLAINTIFF : MURDOCK, CHARMAINE, Y
**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** NJ eCourts Case Initiation Confirmation
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: CHARMAINE Y MURDOCK?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
   **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO   **Title 59?** NO   **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/10/2021                                                              /s/ BRANDON JAMES BRODERICK
Dated                                                                                                  Signed